**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bernard SHAW, Defendant—Appellant.**

No. 11–16097
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 5, 2012.

Christopher Clark, Wifredo A. Ferrer, Christopher J. Hunter, Assistant U.S. Attorney, Stacey A. Levine, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Gail M. Stage, Federal Public Defender's Office, Fort Lauderdale, FL, for Defendant–Appellant.

Bernard Shaw, Jesup, GA, pro se.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Gail M. Stage, on behalf of Michael Caruso, interim Federal Public Defender and appointed counsel for Bernard Shaw in this appeal from the denial of an 18 U.S.C. § 3582(c)(2) sentence reduction motion, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the denial of Shaw's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED**.